IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02686-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Complete Senior Health LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Allow Electronic Filing by a Party Appearing without an Attorney and Supporting Information (Doc. 3).

Upon review of the provided supporting information and Plaintiff's declaration that Plaintiff is able to comply with the equipment and rule requirements governing electronic filing,

**IT IS ORDERED** that Plaintiff's Motion to Allow Electronic Filing by a Party Appearing without an Attorney and Supporting Information (Doc. 3) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff shall read and comply with all rules in the District of Arizona's Case Management/Electronic Case Filing (CM/ECF) Administrative Policies and Procedures Manual; have access to the required equipment and software; have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case-related transmissions; be able to electronically transmit documents to the court in PDF format; complete the forms to register as a user with the Clerk's Office within **five (5) days** of the date of this order; register as a subscriber to

PACER (Public Access to Electronic Records) within **five (5) days** of the date of this order; and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the CM/ECF system will result in immediate discontinuation of this privilege and disabling of any password assigned to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to Plaintiff any forms required for Plaintiff to formally register as a user.

Dated this 2nd day of January, 2024.

Honorable Diane J. Humetewa
United States District Judge