AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **CV23-02686-PHX-DJH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Kristine Reardon**
was recieved by me on **2/05/2024:**

- [X] I personally served the summons on the individual at **12632 SE 39TH CT, Portland, OR 97222** on **02/17/2024 at 12:52 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date: 02/17/2024

*Server's signature*

**David Steele Jr**
*Printed name and title*

**13332 SE 122ND AVE
APT C13
Clackamas, OR 97015**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Kristine Reardon with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**



Tracking #: **0124980285**

