Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>vs.<br><br>Complete Senior Health, LLC, et al.<br><br>    Defendants. | Case No.: CV-23-02686-PHX-DJH<br><br>PLAINTIFF'S NOTICE OF SERVICE OF ORDER SETTING RULE 16 SCHEDULING CONFERENCE (DOC. 11)<br><br><br>DEMAND FOR JURY TRIAL |

  Plaintiff hereby notifies the court that pursuant to its February27, 2024, order (Doc. 11) a copy of the same has been served to all defendants via email and first-class mail to the same address where they were served.  Defendants have not answered or presented counsel at this time.

///

COMPLAINT- 1

RESPECTFULLY SUBMITTED on this February 28, 2024.

                                                        /s/Jason Crews
                                        Jason Crews

COMPLAINT- 2