Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>Plaintiff,<br><br>vs.<br><br>Complete Senior Health, LLC, and<br><br>Kristine Reardon,<br><br>Defendants. | Case No.: 2:23-cv-02686-DJH<br><br><br><br>DEMAND FOR JURY TRIAL |

COMES NOW Plaintiff Jason Crews and hereby notifies the Court that the parties have reached a settlement of all claims in the above-captioned lawsuit. Plaintiff respectfully requests the Court to grant the parties thirty (30) days in which to finalize and sign the settlement documents.

///

COMPLAINT- 1

1
2  RESPECTFULLY SUBMITTED on this March 2, 2024.
3
4                                              _____
5                                              Jason Crews
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT- 2