# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,  Plaintiff,  v.  Complete Senior Health LLC, et al.,  Defendants. | No. CV-23-02686-PHX-DJH  **ORDER** |

This matter is before the Court on the Notice of Settlement (Doc. 13), filed on March 3, 2024. Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before April 30, 2024. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference set for May 2, 2024 (Doc. 11) is **VACATED**.

Dated this 4th day of March, 2024.

Honorable Diane J. Humetewa
United States District Judge