Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>   Plaintiff,<br><br>vs.<br><br>Complete Senior Health, LLC, and<br><br>Kristine Reardon,<br><br>   Defendants. | Case No.: 2:23-cv-02686-DJH<br><br>Notice of Dismissal of Entire Case WITHOUT Prejudice |

  With Defendants neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action exclusively to these parties **without prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

COMPLAINT- 1

1  RESPECTFULLY SUBMITTED on this March 12, 2024.

2

3                                                                      /s/Jason Crews

4                                         Jason Crews

COMPLAINT- 2