# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02686-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Complete Senior Health LLC, et al., | |
| Defendants. | |

This matter is before the Court on *pro se* Plaintiff's Notice of Dismissal of Entire Case with Prejudice (Doc. 19).  On March 12, 2024, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 17).   Pursuant to Fed. R. Civ. Pro. 41, the Clerk administratively terminated this matter on March 13, 2024 (Doc. 18).  Plaintiff now requests that the Court dismiss this case with prejudice.  The Court will grant the request.

Accordingly,

**IT IS ORDERED granting** the Notice of Dismiss with Prejudice (Doc. 19).  The Clerk of Court is kindly directed dismiss this matter **with prejudice,** each party to bear its own costs, and fees.  The matter will otherwise remain closed.

Dated this 1st day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge